## FARMERS ALLIANCE EXCHANGE v. CROWN COTTON MILLS.

1. A record called a "brief of evidence," which contains eighty-two·
   pages of copies of letters and orders for goods, and which shows
   that no effort was made to brief or abstract them, and the same
   so-called "brief" containing the oral evidence, interlarded with col·
   loquies between counsel and with the rulings and remarks of the
   judge, is not such a brief of evidence as the law requires.
2. Where the movant for a new trial fails to brief all the evidence,
   and makes no attempt to comply with the law in that respect, and
   where all the grounds of the motion depend for their proper un·
   derstanding and determination here upon the evidence, this court
   will not, over objection of the adverse party, interfere with a·
   judgment refusing to grant a new trial.          *Judgment affirmed.*
   February 20, 1893.

GLENN & MADDOX, for plaintiff in error.
JONES & MARTIN and R. J. McCAMY, contra.